PD-0789-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/29/2014 3:07:56 PM
Accepted 12/29/2014 3:55:37 PM
ABEL ACOSTA
CLERK

# JOHN M. HURLEY
## ATTORNEY AT LAW

**427 North 38th Street**
**Waco, Texas 76710**

December 29, 2014

**Telephone (254) 753-6161**
**Facsimile (254) 714-2564**

FILED IN
COURT OF CRIMINAL APPEALS

December 29, 2014

ABEL ACOSTA, CLERK

**VIA E-Mail**
Clerk
Court of Criminal Appeals
P. O. Box 12308
Capitol Station
Austin, TX 78711

RE:     Christopher Allen Phillips
        CCA No. PD-0789-14
        Trial Court Case No. 2011-939-C1

Dear Sir/Madam:

I will appear for oral argument on February 5, 2015 as stated in your letter of December 22, 2014.

Very truly yours,

John M. Hurley

JMH:rd
CC:     Sterling Harmon